**FILED**

April 13, 2005

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____144_____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>XELAN, INC<br><br>Debtor. | BANKRUPTCY NO. 04-05832-A |
| XELAN, INC<br>XELAN FINANCIAL PLANNING, INC, et al<br>Plaintiff(s)<br>v.<br>UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICES, SPECIAL PROCEDURES BRANCH<br>Defendant(s) | ADVERSARY NO. 04-90440-A |

**NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING
WITHOUT PREJUDICE FOR WANT OF PROSECUTION**

TO:   John L. Morrell, Higgs, Fletcher & Mack, 401 West A St, Ste 2600, San Diego, CA 92101
      Stuart D. Gibson, Department of Justice, Tax Division, 555 4th St, NW, Room 7201, Washington, DC 20001

**YOU ARE HEREBY NOTIFIED** that for the reason indicated below, this adversary proceeding will be dismissed without prejudice.

More than three months have elapsed since the last action was taken in this adversary proceeding.

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041-2; and that the above-entitled adversary proceeding will be dismissed without prejudice on the twentieth day following the date of service of this notice unless Plaintiff takes action during the twenty-day period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at (619) 557-6594.

I hereby certify that on this date a copy of the within notice was mailed to the above-named person(s).

DATED: April 13, 2005                          Barry K. Lander, Clerk

                                               By: _____[signature]_____, Deputy Clerk
                                                   Karen Fearce

CSD 3038