CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

SULLIVAN, HILL, LEWIN, REZ & ENGEL, APLC
James P. Hill, SBN 90478
Christopher V. Hawkins, SBN 222961
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100

Order Entered on
May 03, 2005
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
XELAN, INC.,
                                              Debtor.

BANKRUPTCY NO. 04-05832-LA

XELAN, INC.,
                                              Plaintiff(s)

ADVERSARY NO. 04-90440-LA

v.
UNITED STATES OF AMERICA; and the INTERNAL REVENUE SERVICE,
                                              Defendants(s)

Date of Hearing:
Time of Hearing:
Name of Judge: Hon. Louise DeCarl Adler

## ORDER ON
## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ADVERSARY PROCEEDING

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __10__

//

//

//

//

DATED:
**May 03, 2005**

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Sullivan, Hill, Lewin, Rez & Engel, APLC
(Firm name)

By: /s/ Christopher V. Hawkins
Attorney for ☑ Movant ☐ Respondent

CSD 3000A

CSD 3000A [11/15/04] (Page 2)
ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ADVERSARY
DEBTOR: XELAN, INC.,

CASE NO.: 04-05832-LA
ADV. NO.: 04-90440-LA

The Court having considered the Stipulation (the "Stipulation") For Dismissal Without Prejudice of Adversary Proceeding entered into by William A. Leonard, Jr. (the "Trustee"), the Chapter 11 trustee of the bankruptcy estates of the above-captioned debtors; the United States of America; and the Internal Revenue Service; and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned adversary proceeding is dismissed without prejudice to the Trustee's right to re-file the action at a later point in time.

APPROVED:

CAROL C. LAM
United States Attorney

By: _____
Stuart D. Gibson
Sr. Litigation Counsel
Department of Justice, Tax Division
Attorney for the United States and the
Internal Revenue Service, Defendants

CSD 3000A

*Signed by Judge DeCarl Adler May 03,2005*